UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

**DAWN PONTON, individually and on behalf of a class of all persons and entities similarly situated,**

*Plaintiff*

v.

**FLY VAUNT, LLC**

*Defendant*

) 
) 
) 
) 
) 
) Civil Action No. 2:25-CV-04763-SHD
) 
) 
) 
)

## AFFIDAVIT OF SERVICE

I, Shawn Cook, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to FLY VAUNT, LLC in St. Johns County, FL on December 22, 2025 at 10:45 am at 203 Fort Wade Rd, Unit 105, Ponte Vedra, FL 32081-5159 by leaving the following documents with Jack Moran who as Attorney is authorized by appointment or by law to receive service of process for FLY VAUNT, LLC.

Civil Cover Sheet
NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION

Additional Description:
Jack Moran stated he was authorized to accept. Actual time of service is 10:45 am.

Race: White, Sex: Male, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=30.1205607781,-81.4192033358
Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Duval County  ,   /s/ *Shawn Cook*
  FL   on   12/22/2025  .   Signature
Shawn Cook
+1 (904) 403-5510



Exhibit 1a)