Carly M. Roman (SBN No. 040895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Of Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Dawn Ponton**, Individually and on Behalf of a Class of all Persons and Entities Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>**Fly Vaunt, LLC**,<br><br>       Defendant. | Case No. 2:25-cv-04763-SHD<br><br>Honorable Judge Sharad H. Desai<br><br>CERTIFICATE OF SERVICE OF: COURT'S PRELIMINARY ORDER DATED DECEMBER 22, 2025 |

   I, Carly M. Roman, hereby certify that on December 23, 2025, I served a copy of Honorable Judge Sharad H. Desai's Preliminary Order dated December 22, 2025 [ECF 6] via electronic mail (e-mail) to Kellie Bubeck and Liam Heusel, counsel for Defendant Fly Vaunt, LLC.

       *[Counsel signature block to follow on next page.]*

RESPECTFULLY SUBMITTED AND DATED this 23rd day of December, 2025.

*/s/ Carly M. Roman*
Carly M. Roman (SBN No. 040895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Attorney for Plaintiff*