**Bubeck Law LLC**
Kellie Mitchell Bubeck, MO #65573 (admitted *pro hac vice*)
William H. Heusel, MO #78010 (admitted *pro hac vice*)
5440 W. 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: 913-340-7206
Email: kellie@bubecklaw.com
       liam@bubecklaw.com

*Attorneys for Defendant Fly Vaunt, LLC*

# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAWN PONTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY VAUNT, LLC,<br><br>Defendants. | CASE NO. Case No. 2:25-cv-04763-SHD<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER (First Request)** |

     Pursuant to Local Rules 6.1 and 7.3 of the United States District Court for the District of Arizona, Plaintiff Dawn Ponton ("Plaintiff") and Defendant Fly Vaunt, LLC ("Fly Vaunt") stipulate and request that Fly Vaunt's time to respond to the Complaint be extended from January 12, 2026, through and including February 11, 2026. This is Fly Vaunt's first request for extension. Counsel for Fly Vaunt requires additional time to sufficiently investigate and prepare an appropriate response. Counsel for Fly Vaunt has conferred with Plaintiff's counsel and Plaintiff's counsel agrees with the extension to February 11, 2026. A proposed Order is included with this stipulation for an extension of time.

| | | |
|---|---|---|
|1| Dated: January 6, 2026 | Respectfully submitted, |
|2| | |
|3| | /s/ *Kellie Mitchell Bubeck* |
| | | Kellie Mitchell Bubeck |
|4| | |
|5| | Bubeck Law LLC |
| | | Kellie Mitchell Bubeck, MO #65573 |
|6| | William H. Heusel, MO #78010 |
| | | 5440 W 110th Street, Suite 300 |
|7| | Overland Park, Kansas 66211 |
| | | Phone: (913) 340-7206 |
|8| | Email: kellie@bubecklaw.com |
|9| |     liam@bubecklaw.com |
|10| | *Attorneys for Defendant Fly Vaunt, LLC* |
|11| | |
|12| | /s/ *Carly M. Roman* |
| | | Carly M. Roman (SBN No. 040895) |
|13| | STRAUSS BORRELLI PLLC |
| | | One Magnificent Mile |
|14| | 980 N Michigan Avenue, Suite 1610 |
| | | Chicago IL, 60611 |
|15| | Telephone: (872) 263-1100 |
|16| | Facsimile: (872) 263-1109 |
| | | croman@straussborrelli.com |
|17| | |
|18| | Anthony Paronich |
| | | PARONICH LAW PC |
|19| | 350 Lincoln St. Suite 2400 |
| | | Hingham, MA 02043 |
|20| | Telephone: (617) 485-0018 |
|21| | anthony@paronichlaw.com |
|22| | *Attorneys for Plaintiff Dawn Ponton* |

- 2 -

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, the foregoing was electronically filed with the Court via the CM/ECF system, which will send notice to counsel of record.

/s/ *William H. Heusel*
William H. Heusel