**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DAWN PONTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLY VAUNT, LLC,<br><br>Defendant. | CASE NO. 2:25-cv-04763-SHD<br><br>**PROPOSED ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER (First Request)** |

Having reviewed the Parties' Stipulation for Extension of Time to Answer, and good cause appearing,

IT IS ORDERED that the Stipulation is granted and Defendant shall file its response by February 11, 2026.

DATED this _____ day of _____, 20_____.

_____
Sharad H. Desai
United States District Judge