**Bubeck Law LLC**
Kellie Mitchell Bubeck, MO #65573 (admitted *pro hac vice*)
William H. Heusel, MO #78010 (admitted *pro hac vice*)
5440 W. 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com
          liam@bubecklaw.com

*Attorneys for Defendant Fly Vaunt LLC*

# UNITED STATES DISTRICT COURT
# IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dawn Ponton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Fly Vaunt LLC,<br><br>Defendant. | Case No. 2:25-cv-04763-SHD<br><br>**DEFENDANT FLY VAUNT LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND TO STRIKE CLASS ALLEGATIONS AND MEMORANDUM IN SUPPORT** |

Defendant Fly Vaunt LLC moves to dismiss Plaintiff Dawn Ponton's class action complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and to strike the class allegations under Fed. R. Civ. P. 12(f). The grounds for both requests are set forth in the attached memorandum in support.

Dated: February 18, 2026         Respectfully submitted,

                                 /s/ *Kellie Mitchell Bubeck*
                                 Kellie Mitchell Bubeck

                                 Bubeck Law LLC
                                 Kellie Mitchell Bubeck, MO #65573
                                 William H. Heusel, MO #78010
                                 5440 W 110th Street, Suite 300

Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com
liam@bubecklaw.com

*Attorneys for Defendant Fly Vaunt LLC*

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2026, the foregoing was electronically filed with the Court via the CM/ECF system, which will send notice to counsel of record.

/s/ *Kellie Mitchell Bubeck*
Kellie Mitchell Bubeck