1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA AT PHOENIX**

7
8
9
10
11
12
13
14

| | |
|---|---|
| Dawn Ponton, individually and on behalf of a class of all persons and entities similarly situated, <br><br>                      Plaintiff, <br><br>    v. <br><br> Fly Vaunt, LLC, <br><br>                      Defendant. | Case No. 2:25-cv-04763-SHD <br><br> Honorable Judge Sharad H Desai <br><br> NOTICE OF FILING <br> FIRST AMENDED CLASS ACTION COMPLAINT |

15
16
17
18
19
20

     Plaintiff hereby provides notice, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and Local Rule of Civil Procedure 15.1(b), that Plaintiff has filed a First Amended Complaint as a matter of course within 21 days of service of Defendant's Motion to Dismiss. Dkt. No. 14. In accordance with LRCiv 15.1(b), a copy of the First Amended Complaint is attached to this Notice. *See* Exhibit A. All changes from the original complaint are indicated in redline. The First Amended Complaint does not incorporate by reference any portion of the original pleading.

21
22

*[Counsel signatures to follow on next page.]*

23
24
25
26
27
28

RESPECTFULLY SUBMITTED AND DATED this 3rd day of March, 2026.

/s/ Carly M. Roman
Carly M. Roman (SBN No. 040895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich
(*pro hac vice anticipated*)
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF FILING
FIRST AMENDED CLASS ACTION COMPLAINT
Page 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I, Carly M. Roman, hereby certify that on March 3, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 3rd day of March, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman (SBN No. 040895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

PLAINTIFF'S NOTICE OF FILING
FIRST AMENDED CLASS ACTION COMPLAINT
Page 3